# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JACQUELINE P. COX

Hearing Date: 10/15/12

Bankruptcy Case No.: 11-51355

Adversary No.:

Title of Case: In Re: Alpad Ellis

Brief Statement of Motion: Motion Regarding the cure of Illinois Department of Revenue by 10/29/12

Names and Addresses of moving counsel:
Kyle Dullmann, Gould & Ratner LLC
65 East Monroe, Ste 3400
Chicago, IL 60603

Representing: Alpad Ellis

## ORDER

IT IS HEREBY ORDERED that the Debtor has a final Deadline of 10/29/12 to file the state tax returns required and alluded too in the Illinois Department of Revenue objection to confirmation.

/s/ Jacqueline P. Cox

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT

6/11/99